FILED
CLERK, U.S DISTRICT COURT

FEB 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 12-240-M |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ANTHONY TANGI FOLAU MOSE | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply w/ conditions._
_Multiple violations alleged_
_of his supervised release_

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions_
_or refrain from_
_substance abuse._

IT IS ORDERED that defendant be detained.

DATED: 2/3/12

_[signature]_
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

Suzanne H. Segal

2